UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>BRIAN ALAN HILL,<br><br>Debtor(s)<br><br>BRIAN ALAN HILL,<br><br>Plaintiff(s)<br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant(s) | BK No.: 23-00720<br>Chapter: 7<br>Honorable Deborah L. Thorne<br><br>Adv. No.: 23-00144 |

**AGREED JUDGMENT ORDER**

    Plaintiff Brian Hill and defendant United States Department of Education having entered into a Stipulation and Non-Opposition to Discharge filed with the court (the "Stipulation"), and good cause appearing, it is ordered, adjudged, and declared that:

  1. Judgment is entered in favor of plaintiff Brian Hill and against the Department of Education. All debt incurred by Brian Hill on account of the Department Loans, as that term is defined in the Stipulation, is discharged pursuant to 11 U.S.C. § 523(a)(8) and this court's order of discharge entered on April 25, 2023, in the above captioned bankruptcy case.

  2. Each party shall bear its own costs.

  3. The above captioned adversary proceeding is closed.

Enter: _[signed] Deborah L. Thorne_

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 15, 2024

**Prepared by:**

David H. DeCelles
Assistant U.S. Attorney
219 S. Dearborn St., Fifth Floor
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov